Memorandum

---

Subject:  
    Writ of Habeas Corpus  
    <u>United States v. Jaylin Artez Patton</u>  
    Case No. 2:24-CR-00396-ACA-SGC

Date:  
October 1, 2024

---

To: Clerk of the Court  
    Northern District of Alabama

From: /s/ William R. McComb  
    Assistant U.S. Attorney

    Please cause a Writ of Habeas Corpus Ad Prosequendum to be issued to Jefferson County Jail, Birmingham, Alabama, for Jaylin Artez Patton, to appear before this court in the above case for arraignment on Thursday, October 10, 2024, at 9:30 a.m., Hugo L. Black United States Courthouse, Courtroom 3A, Birmingham, Alabama, before United States Magistrate Judge Staci G. Cornelius.

    cc: <u>USMS</u>